1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12   SHIRLEY SAMS,                              CASE NO. CV F 06-1056 OWW LJO

13                    Plaintiff,               ORDER OF REFERENCE TO MAGISTRATE
                                               JUDGE
14          vs.

15   JO ANNE B. BARNHART,
     Commissioner of Social
16   Security,

17                    Defendant.
                                          /
18

19          The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge.

20   Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J.

21   O'Neill for further proceedings.  All documents shall bear the new case number **CV F 06-1056 LJO**.

22          The parties are advised that this action will be assigned to another magistrate judge upon Judge

23   O'Neill's expected appointment as a district judge.

24   IT IS SO ORDERED.

25   **Dated:    November 15, 2006**                    **/s/ Oliver W. Wanger**
     emm0d6                                       UNITED STATES DISTRICT JUDGE
26

27

28

                                              1