IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SAMS, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> Defendant. ) | 1:06cv1056 DLB <br><br> ORDER REMANDING ACTION |

On August 11, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On February 6, 2007, the parties filed a stipulation to remand the action to the Commissioner of Social Security for further administrative proceedings pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), sentence four.

Accordingly, the decision of the Commissioner is REVERSED and this action is REMANDED to the Commissioner. Upon remand, the ALJ must take the following action:

1. Evaluate opinion evidence, including the form co-signed by Brian Williams PA-C and Dan Watrous, M.D. (AR 202-206), and Dr. Watrous' opinion that Plaintiff was disabled; and

1

2.  Further evaluate the credibility of the claimant's subjective complaints pursuant to SSR 96-7p.

The Clerk of Court is directed to enter judgment in favor of Plaintiff Shirley Sams and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

**Dated:   April 13, 2007**                    **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE